UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

ROCKIE ZUFELT

    Plaintiff,

v.

    Case No.: 3:11-cv-01197-RBD-TEM

AK SECURITY SERVICES, LLC

    Defendant.

_____/

## ANSWER TO COUNTERCLAIM

COMES NOW the Plaintiff, ROCKIE ZUFELT, ("PLAINTIFF"), and files this Answer to the Counterclaim of AK SECURITY SERVICES, LLC ("DEFENDANT"), respectfully stating unto the Court the following:

### GENERAL ALLEGATIONS

1. Admitted solely for jurisdictional purposes.
2. Admitted.
3. Admitted.
4. Admitted that PLAINTIFF was hired as a security guard. The remaining averments are denied.
5. Denied.
6. Denied.
7. Denied.
8. Denied.
9. Denied.

10. Without knowledge.

11. Denied.

## COUNT I-UNJUST ENRICHMENT

12. The foregoing paragraphs are hereby incorporated by reference as though fully set forth herein.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

WHEREFORE, PLAINTIFF, demands judgment against DEFENDANT for damages in an amount in excess of $15,000.00, together with costs incurred and attorneys fees, and further demands a trial by jury on all issues so triable.

## COUNT TWO
## BREACH OF CONTRACT

18. The foregoing paragraphs are hereby incorporated by reference as though fully set forth herein.

19. Admitted in part and denied in part. PLAINTIFF admits that he signed the agreement. By way of further response, the agreement is contained in a writing which speaks for itself and all averments that are inconsistent with that writing are denied.

20. Admitted in part. The quoted language appears in the agreement. By way of further response, the agreement is contained in a writing which speaks for itself and all averments that are inconsistent with that writing are denied.

21. Denied.

22. Denied.

WHEREFORE, PLAINTIFF, demands judgment against DEFENDANT for damages in an amount in excess of $15,000.00, together with costs incurred and attorneys fees, and further demands a trial by jury on all issues so triable.

## COUNT III-MISAPPROPRIATION OF TRADE SECRETS

23. The foregoing paragraphs are hereby incorporated by reference as though fully set forth herein.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

WHEREFORE, PLAINTIFF, demands judgment against DEFENDANT for damages in an amount in excess of $15,000.00, together with costs incurred and attorneys fees, and further demands a trial by jury on all issues so triable.

## COUNT VII-VIOLATION OF UNIFORM TRADE SECRETS ACT

31. The foregoing paragraphs are hereby incorporated by reference as though fully set forth herein.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

WHEREFORE, PLAINTIFF, demands judgment against DEFENDANT for damages in an amount in excess of $15,000.00, together with costs incurred and attorneys fees, and further demands a trial by jury on all issues so triable.

                                      **FISHER, BUTTS, SECHREST & WARNER, P.A.**

                                      /s/ Matthew W. Birk
                                      **Matthew W. Birk**
Florida Bar No.: 92265
5200 S.W. 91st Terrace, Suite 101
Gainesville, FL 32608
(352) 373-5922
(352) 373-5921 FAX
ATTORNEYS FOR PLAINTIFF

4

## CERTIFICATE OF SERVICE

I CERTIFY that on February 2, 2012, I electronically filed the foregoing Answer to Counterclaim with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served today on all counsel of record via transmission of Notice of Electronic filing generated by CM/ECF.

                        **FISHER, BUTTS, SECHREST, WARNER, & PALMER, P.A.**

                        /s/ Matthew W. Birk
                        **Matthew W. Birk**
                        Florida Bar No.: 92265
                        5200 S.W. 91st Terrace, Suite 101
                        Gainesville, FL  32608
                        (352) 373-5922
                        (352) 373-5921 FAX
                        ATTORNEYS FOR PLAINTIFF