UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

ROCKIE ZUFELT

      Plaintiff,

v.

                                  Case No.: 3:11-cv-01197-RBD-TEM

AK SECURITY SERVICES, LLC

      Defendant.

_____/

**JOINT REPORT REGARDING SETTLEMENT**

      Pursuant to the Scheduling Order entered in the above-captioned matter, undersigned counsel hereby notify this Honorable Court that the parties have exhausted all settlement efforts and will immediately file a Case Management Report signed by counsel for all parties.

      Dated this 11th day of May, 2012.

                                            Respectfully submitted,

| **FISHER, BUTTS, SECHREST & WARNER, P.A.** | **SHARMA & MOORE, P.A.** |
|---|---|
| /s/ Matthew W. Birk | /s/Ben Moore |
| **Matthew W. Birk, Esquire** | **Benjamin C. Moore, Esquire** |
| Florida Bar No.: 92265 | Florida Bar No.: 773581 |
| 5200 S.W. 91st Terrace, Suite 101 | 12058 San Jose Blvd., Suite 501 |
| Gainesville, FL 32608 | Jacksonville, FL 32223 |
| (352) 373-5922 | (904) 428-8236 |
| (352) 373-5921 FAX | (480) 393-4935 FAX |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

## CERTIFICATE OF SERVICE

I CERTIFY that on May 11, 2012, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served today on all counsel of record via transmission of Notice of Electronic filing generated by CM/ECF.

**FISHER, BUTTS, SECHREST & WARNER, P.A.**

___/s/ Matthew W. Birk_____
**Matthew W. Birk**
Florida Bar No.: 92265
5200 S.W. 91st Terrace, Suite 101
Gainesville, FL  32608
(352) 373-5922
(352) 373-5921 FAX
ATTORNEYS FOR PLAINTIFF